# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Juana Faye Williams } | **Case No: 18-04278-TOM13** |
| SSN: XXX-XX-1140 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER CONDITIONALLY DENYING

This matter came before the Court on Thursday, October 08, 2020 10:00 AM, for a hearing on the following:

    RE: Doc #42; Renewed Motion for Relief From Stay Filed by Mark Baker, Attorney for US Bank Trust National Association as Trustee of the Igloo Series IV Trust successor for Nationstar Mortgage LLC dba Mr. Cooper as Servicer for US Bank National Associ

Proper notice of the hearing was given and appearances were made by the following:

    Mark Baker, attorney for U.S. Bank
    Bradford W. Caraway (Trustee)
    Daisy M. Holder, attorney for Juana Faye Williams (Debtor)
    Juana Williams

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel, pleadings, equity in the property, and judicial notice of the Trustee's interim statement and the Court's file, the Motion for Relief from Stay is Denied Conditioned upon the Debtor resuming regular monthly mortgage payments beginning with the October 1, 2020 payment which she already has made as noted on the record. The Movant has leave to file a claim for the arrearage balance through September 2020 including a possible shortage due to a payment change and for attorneys fees only but no court costs since none were due for this renewed motion. Once filed, a fixed payment in the amount of $60.00 per month is awarded on that claim. In the event of future default, the Movant may file a pleading to renew its motion and a hearing will be scheduled by subsequent notice.

Further, the Debtor's Chapter 13 plan payments are modified to $440.00 per month.

Dated: 10/09/2020

                                                      /s/ TAMARA O. MITCHELL
                                                      TAMARA O. MITCHELL
                                                      United States Bankruptcy Judge